IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
vs. :
: CRIMINAL NO. 1:CR-95-163
ROBERTA RONIQUE BELL, :
Defendant :
: (Judge Caldwell)
:
:

*O R D E R*

AND NOW, this 20th day of September, 2107, it is ordered that Defendant's motion (Doc. 133) under Fed. R. Civ. P. 60(b)(6) for relief from judgment, and in the alternative, petition for a writ of *audita querela* is denied. Denial is without prejudice to the filing of a petition under 28 U.S.C. § 2241 in the appropriate district court.

/s/William W. Caldwell
William W. Caldwell
United States District Judge